IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00188-MR-WCM

| | |
|---|---|
| BORGWARNER TURBO SYSTEMS, LLC, a Delaware limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MODERN INDUSTRIES, INC., a Pennsylvania corporation, | ) ) ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 6) filed by Alexandra J. Hirsch. The Motion indicates that Ms. Hirsch, a member in good standing of the Bar of this Court, is local counsel for Plaintiff BorgWarner Turbo Systems, LLC and that she seeks the admission of Ashley E. Racette, who the Motion represents as being a member in good standing of the Bar of Michigan. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 6) and **ADMITS** Ashley E. Racette to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 29, 2024

W. Carleton Metcalf
United States Magistrate Judge