IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00188-MR-WCM

| | | |
|---|---|---|
| BORGWARNER TURBO SYSTEMS, LLC,<br>a Delaware limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>MODERN INDUSTRIES, INC.,<br>a Pennsylvania corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (the "Motion," Doc. 17) filed by Clinton H. Cogburn. The Motion indicates that Mr. Cogburn, a member in good standing of the Bar of this Court, is local counsel for Defendant Modern Industries, Inc. and that he seeks the admission of Alexander K. Cox, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Alexander K. Cox to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: July 31, 2024

W. Carleton Metcalf
United States Magistrate Judge